FILED
9/17/19 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| In Re: | : | Case No. 19-10880 TPA |
| --- | --- | --- |
|  | : | Chapter 13 |
| John L. Flatley | : |  |
| Debtor | : | Document No. 11 |
|  | : |  |
| John L. Flatley | : |  |
|  | : |  |
| Movant | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| No Respondents | : |  |

## ORDER OF COURT

AND NOW, this __17th__ day of __September__, 2019, it is hereby ORDERED, that the debtor, John L. Flatley, is granted an extension until September 27, 2019 to file a completed petition and plan in this case. No further extensions will be granted.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John L. Flatley  
      Debtor

Case No. 19-10880-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: agro     Page 1 of 1     Date Rcvd: Sep 17, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.  
db             +John L. Flatley,    869 Boyer Road,    Erie, PA 16511-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:  
         James    Warmbrodt     on behalf of Creditor     PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Rebeka    Seelinger     on behalf of Debtor John L. Flatley rebeka@seelingerlaw.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                   TOTAL: 4