# Earnings Register

Case No. 19-10880

AMTHOR STEEL

<-------------- Earnings Det

| | Period End Date | Check Number | Gross Pay | Employee Taxes | Other Deductions | Net Pay | Pay |
|---|---|---|---|---|---|---|---|
| 810 | JOHN L. FLATLEY | | | | | | |
| | 05-19-19 | 24212 | 915.80 | 203.55 | 63.32 | 648.93 | Overtime 1.5<br>VACATION PAY |
| | 05-26-19 | 24313 | 771.20 | 164.00 | 50.12 | 557.08 | Regular Hourly<br>VACATION PAY |
| | 06-02-19 | 100075 | 771.20 | 164.00 | 63.34 | 543.86 | Regular Hourly<br>VACATION PAY<br>HOLIDAY PAY |
| | 06-09-19 | 100181 | 771.20 | 164.00 | 63.34 | 543.86 | Regular Hourly<br>VACATION PAY |
| | 06-16-19 | 100273 | 1,002.56 | 233.01 | 63.34 | 706.21 | Regular Hourly<br>Overtime 1.5 |
| | 06-23-19 | 100377 | 771.20 | 164.00 | 63.32 | 543.88 | Regular Hourly<br>VACATION PAY |
| | 06-30-19 | 100470 | 231.36 | 35.92 | 63.34 | 132.10 | Overtime 1.5 |
| | 07-07-19 | 100573 | 738.62 | 156.20 | 63.34 | 519.08 | Regular Hourly<br>HOLIDAY PAY |
| | 07-14-19 | 100689 | 771.20 | 164.00 | 48.84 | 558.36 | Regular Hourly |
| | 07-21-19 | 100775 | 771.20 | 164.00 | 48.82 | 558.38 | Regular Hourly |
| | 07-28-19 | 100878 | 616.96 | 127.04 | 48.84 | 441.08 | Regular Hourly |
| | **Employee 810 Totals:** | | **19,530.96*** | **4,168.75*** | **1,577.04*** | **13,785.17*** | |
| | **Report Totals:** | | **19,530.96*** | **4,168.75*** | **1,577.04*** | **13,785.17*** | |

V = Voided Check