**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John L. Flatley** | Social Security number or ITIN  **xxx–xx–5698** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**   **8/30/19** |
| Case number:  **19–10880–TPA** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John L. Flatley | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 869 Boyer Road<br>Erie, PA 16511 | |
| 4. | **Debtor's attorney**<br>Name and address | Rebeka Seelinger<br>4640 Wolf Road<br>Erie, PA 16505 | Contact phone 814–824–6670<br><br>Email:  rebeka@seelingerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 9/30/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 29, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/30/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/8/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/26/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/29/19** at **01:00 PM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 19-10880-TPA
John L. Flatley                                                     Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: agro                   Page 1 of 2                  Date Rcvd: Sep 30, 2019
                               Form ID: 309I                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db             +John L. Flatley,    869 Boyer Road,    Erie, PA 16511-2511
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15114821       +Allegheny Health Network,     4247 W Ridge Rd,    Erie, PA 16506-1746
15114823       +Erie Federal Credit Union,     3503 Peach Street,    Erie, PA 16508-2741
15114835       +Erie Federal Credit Union,     Attn: Bankruptcy,    3503 Peach Street,    Erie, PA 16508-2741
15114824       +Honorable Lisa Ferrick,     3921 Buffalo Road,    Erie, PA 16510-2002
15114825        James P. Valecko, Esquire,     Weltman, Weinberg & Reis Co., L.P.A.,     436 7th Avenue, Ste. 2500,
                 Pittsburgh, PA 15219-1842
15114826       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
15114829       +United Collection Service, Inc.,     Attn: Bankruptcy,    Po Box 953638,
                 Lake Mary, FL 32795-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rebeka@seelingerlaw.com Oct 01 2019 04:08:21      Rebeka Seelinger,
                 4640 Wolf Road,    Erie, PA 16505
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2019 04:09:22      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 01 2019 04:09:31
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Oct 01 2019 07:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15114822        EDI: DISCOVER.COM Oct 01 2019 07:38:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
15118397        EDI: DISCOVER.COM Oct 01 2019 07:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
15114827        EDI: PRA.COM Oct 01 2019 07:38:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfolk, VA 23502
15114828       +EDI: RMSC.COM Oct 01 2019 07:38:00      Synchrony Bank,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15116334       +EDI: RMSC.COM Oct 01 2019 07:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15114830       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 01 2019 04:10:11      UPMC,    200 Lothrop Street,
                 Pittsburgh, PA 15213-2536
15114831       +EDI: WFFC.COM Oct 01 2019 07:38:00      Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,
                 Po Box 10438,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL    ASSOCIATION
15114833*      +Allegheny Health Network,     4247 W Ridge Rd,    Erie, PA 16506-1746
15114834*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,     Attn: Bankruptcy Department,    Po Box 15316,
                 Wilmington, DE 19850)
15114836*      +Honorable Lisa Ferrick,     3921 Buffalo Road,    Erie, PA 16510-2002
15114837*       James P. Valecko, Esquire,     Weltman, Weinberg & Reis Co., L.P.A.,     436 7th Avenue, Ste. 2500,
                 Pittsburgh, PA 15219-1842
15114838*      +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
15114839*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
                 Norfolk, VA 23502)
15114840*      +Synchrony Bank,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15114842*      +UPMC,    200 Lothrop Street,    Pittsburgh, PA 15213-2536
15114841*      +United Collection Service, Inc.,     Attn: Bankruptcy,    Po Box 953638,
                 Lake Mary, FL 32795-3638
15114843*      +Wells Fargo Jewelry Advantage,     Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
                                                                                               TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1           User: agro              Page 2 of 2              Date Rcvd: Sep 30, 2019
                               Form ID: 309I           Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka  Seelinger    on behalf of Debtor John L. Flatley rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```