Certificate Number: 17082-PAW-DE-033607308

Bankruptcy Case Number: 19-10880



17082-PAW-DE-033607308

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2019, at 11:51 o'clock AM MST, JOHN L FLATLEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    October 26, 2019            By:    /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title: Executive Director