**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−10880−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   John L. Flatley
   869 Boyer Road
   Erie, PA 16511

Social Security No.:
   xxx−xx−5698

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Rebeka Seelinger<br>4640 Wolf Road<br>Erie, PA 16505<br>Telephone number:  814−824−6670 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>December 10, 2019<br>10:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>December 10, 2019<br>10:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/1/19

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-10880-TPA
John L. Flatley                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: agro              Page 1 of 2          Date Rcvd: Nov 01, 2019
                              Form ID: rsc13          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
```
db              +John L. Flatley,    869 Boyer Road,    Erie, PA 16511-2511
15114821        +Allegheny Health Network,    4247 W Ridge Rd,    Erie, PA 16506-1746
15114823        +Erie Federal Credit Union,    3503 Peach Street,    Erie, PA 16508-2741
15114835        +Erie Federal Credit Union,    Attn: Bankruptcy,    3503 Peach Street,    Erie, PA 16508-2741
15114824        +Honorable Lisa Ferrick,    3921 Buffalo Road,    Erie, PA 16510-2002
15114825         James P. Valecko, Esquire,    Weltman, Weinberg & Reis Co., L.P.A.,    436 7th Avenue, Ste. 2500,
                  Pittsburgh, PA 15219-1842
15114826        +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
15147974        +PNC Bank, National Association,    ATTN: Bankruptcy,    P.O. Box 94982,
                  Cleveland, OH 44101-4982
15142983         UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15142730         UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15114829        +United Collection Service, Inc.,    Attn: Bankruptcy,    Po Box 953638,
                  Lake Mary, FL 32795-3638
15140634         Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
15114831        +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2019 03:07:11     Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2019 03:10:50
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15114822         E-mail/Text: mrdiscen@discover.com Nov 02 2019 03:06:54      Discover Financial,
                  Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15118397         E-mail/Text: mrdiscen@discover.com Nov 02 2019 03:06:54      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15114827         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2019 03:13:22
                  Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15142803         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2019 03:11:58
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15114828        +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:10:44     Synchrony Bank,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15116334        +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:11:50     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15114830        +E-mail/Text: BankruptcyNotice@upmc.edu Nov 02 2019 03:07:33     UPMC,    200 Lothrop Street,
                  Pittsburgh, PA 15213-2536
                                                                                                TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK NATIONAL   ASSOCIATION
15114833*       +Allegheny Health Network,    4247 W Ridge Rd,    Erie, PA 16506-1746
15114834*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Financial,     Attn: Bankruptcy Department,    Po Box 15316,
                  Wilmington, DE 19850)
15114836*       +Honorable Lisa Ferrick,    3921 Buffalo Road,    Erie, PA 16510-2002
15114837*        James P. Valecko, Esquire,    Weltman, Weinberg & Reis Co., L.P.A.,    436 7th Avenue, Ste. 2500,
                  Pittsburgh, PA 15219-1842
15114838*       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
15114839*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     Attn: Bankruptcy,    120 Corporate Blvd,
                  Norfold, VA 23502)
15114840*       +Synchrony Bank,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15114842*       +UPMC,    200 Lothrop Street,    Pittsburgh, PA 15213-2536
15114841*       +United Collection Service, Inc.,    Attn: Bankruptcy,    Po Box 953638,
                  Lake Mary, FL 32795-3638
15114843*       +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
                                                                                   TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: agro                  Page 2 of 2          Date Rcvd: Nov 01, 2019
                              Form ID: rsc13              Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2019 at the address(es) listed below:
```
          James    Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka   Seelinger    on behalf of Debtor John L. Flatley rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 4
```