IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Bankruptcy No. 19-10880 TPA |
| John L. Flatley | : |
|     Debtor | : Chapter 13 |
| | : |
| John L. Flatley | : |
|     Movant | : |
|     v. | : Document No._____ |
| Amthor Steel | : |
|     Respondent | : |

## CERTIFICATE OF SERVICE

I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on March 13, 2020, I served, or caused to be served, a copy of Local Form 11 Order to Pay Trustee Pursuant to Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Amthor Steel**
1717 Gaskell Avenue
Erie, PA 16503
(Via US Mail)

EXECUTED ON: March 13, 2020

By: /s/ Rebeka A. Seelinger
   Rebeka A. Seelinger, Esquire
   SEELINGER LAW
   Attorney for Debtor
   PA ID #93897
   4640 Wolf Road
   Erie, PA 16505
   (814) 824-6670
   rebeka@seelingerlaw.com