FILED
1/29/21 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JOHN L. FLATLEY<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>JOHN L. FLATLEY<br><br>Respondent(s) | Case No. 19-10880TPA<br>Chapter 13<br><br>Related to Document No. 41 |

## ORDER

AND NOW, this 29th day of January, 20 21, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is *ORDERED, ADJUDGED and DECREED:*

☐  This case is *DISMISSED*, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐  This case is *DISMISSED*, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is *FURTHER ORDERED* as follows:

A.  Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.  This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

   (1) the time deadline provided by state law; or

   (2) 30 days after the date of this notice.

[X] This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $980 effective 2/21 _____.

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

[ ] Other: _____

BY THE COURT:

_____
United States Bankruptcy Judge    ljm

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10880-TPA |
| John L. Flatley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John L. Flatley, 869 Boyer Road, Erie, PA 16511-2511 |
| 15114821 | + | Allegheny Health Network, 4247 W Ridge Rd, Erie, PA 16506-1746 |
| 15114823 | + | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15114835 | + | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15114824 | + | Honorable Lisa Ferrick, 3921 Buffalo Road, Erie, PA 16510-2002 |
| 15114825 | | James P. Valecko, Esquire, Weltman, Weinberg & Reis Co., L.P.A., 436 7th Avenue, Ste. 2500, Pittsburgh, PA 15219-1842 |
| 15142983 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15142730 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15114829 | + | United Collection Service, Inc., Attn: Bankruptcy, Po Box 953638, Lake Mary, FL 32795-3638 |
| 15140634 | | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15114831 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jan 30 2021 01:59:59 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15114822 | | Email/Text: mrdiscen@discover.com<br>Jan 30 2021 01:42:00 | | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15118397 | | Email/Text: mrdiscen@discover.com<br>Jan 30 2021 01:42:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15114826 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Jan 30 2021 01:42:00 | | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15152834 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Jan 30 2021 01:42:00 | | PNC Bank NA, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15147974 | + | Email/Text: Bankruptcy.Notices@pnc.com<br>Jan 30 2021 01:42:00 | | PNC Bank, National Association, ATTN: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101-4982 |
| 15114827 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jan 30 2021 02:01:43 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15142803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jan 30 2021 02:00:50 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15114828 | + | Email/PDF: gecsedi@recoverycorp.com<br>Jan 30 2021 02:00:48 | | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15116334 | + | Email/PDF: gecsedi@recoverycorp.com<br>Jan 30 2021 02:00:48 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15114830 | + | Email/Text: BankruptcyNotice@upmc.edu<br>Jan 30 2021 01:43:00 | | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15114833 | *+ | Allegheny Health Network, 4247 W Ridge Rd, Erie, PA 16506-1746 |
| 15114834 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15114836 | *+ | Honorable Lisa Ferrick, 3921 Buffalo Road, Erie, PA 16510-2002 |
| 15114837 | * | James P. Valecko, Esquire, Weltman, Weinberg & Reis Co., L.P.A., 436 7th Avenue, Ste. 2500, Pittsburgh, PA 15219-1842 |
| 15114838 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15114839 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15114840 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15114842 | *+ | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15114841 | *+ | United Collection Service, Inc., Attn: Bankruptcy, Po Box 953638, Lake Mary, FL 32795-3638 |
| 15114843 | *+ | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor John L. Flatley rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4