**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**John L. Flatley**                                    :          Case No. 19−10880−TPA
    *Debtor(s)*                           :          Chapter: 13
                       :
                       :
                       :
                       :
                       :

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

       **AND NOW,** this **The 28th of July, 2021,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

       (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

       (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

       (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

       (4)   The Clerk shall give notice to all creditors of this dismissal.

                                       Thomas P. Agresti, Judge
                                       United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John L. Flatley
    Debtor

Case No. 19-10880-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: jmar | Page 1 of 2
Date Rcvd: Jul 28, 2021 | Form ID: 309 | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John L. Flatley, 869 Boyer Road, Erie, PA 16511-2511 |
| 15114821 | + | Allegheny Health Network, 4247 W Ridge Rd, Erie, PA 16506-1746 |
| 15114823 | + | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15114835 | + | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15114824 | + | Honorable Lisa Ferrick, 3921 Buffalo Road, Erie, PA 16510-2002 |
| 15114825 | | James P. Valecko, Esquire, Weltman, Weinberg & Reis Co., L.P.A., 436 7th Avenue, Ste. 2500, Pittsburgh, PA 15219-1842 |
| 15142983 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15142730 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15114829 | + | United Collection Service, Inc., Attn: Bankruptcy, Po Box 953638, Lake Mary, FL 32795-3638 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 29 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15114822 | | EDI: DISCOVER.COM | Jul 29 2021 03:13:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15118397 | | EDI: DISCOVER.COM | Jul 29 2021 03:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15114826 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15152834 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC Bank NA, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 15147974 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC Bank, National Association, ATTN: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15114827 | | EDI: PRA.COM | Jul 29 2021 03:13:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15142803 | | EDI: PRA.COM | Jul 29 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15114828 | + | EDI: RMSC.COM | Jul 29 2021 03:13:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15116334 | + | EDI: RMSC.COM | Jul 29 2021 03:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15114830 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 28 2021 23:10:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15140634 | | EDI: WFFC.COM | Jul 29 2021 03:13:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

District/off: 0315-1 | User: jmar | Page 2 of 2
Date Rcvd: Jul 28, 2021 | Form ID: 309 | Total Noticed: 22

15114831        +  EDI: WFFC.COM

Jul 29 2021 03:13:00    Wells Fargo Jewelry Advantage, Attn:
Bankruptcy, Po Box 10438, Des Moines, IA
50306-0438

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15114833 | *+ | Allegheny Health Network, 4247 W Ridge Rd, Erie, PA 16506-1746 |
| 15114834 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15114836 | *+ | Honorable Lisa Ferrick, 3921 Buffalo Road, Erie, PA 16510-2002 |
| 15114837 | * | James P. Valecko, Esquire, Weltman, Weinberg & Reis Co., L.P.A., 436 7th Avenue, Ste. 2500, Pittsburgh, PA 15219-1842 |
| 15114838 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15114839 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15114840 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15114842 | *+ | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15114841 | *+ | United Collection Service, Inc., Attn: Bankruptcy, Po Box 953638, Lake Mary, FL 32795-3638 |
| 15114843 | *+ | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor John L. Flatley rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4